UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BOBBY HENARD,                )
          Plaintiff,        )
   v.                           )        1:05-cv-513-SEB-JMS
                             )
KEVIN GILMORE, et al.,       )
                             )
          Defendants.       )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**


Date: 08/21/2008

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bobby Henard
DOC 902579
Indiana State Prison
P.O. Box 41
Michigan City, IN 46361

Thomas D. Quigley
Indiana State Attorney General
thomas.quigley@atg.in.gov