UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BOBBY HENARD,<br>    Plaintiff,<br> v.<br>KEVIN GILMORE, et al.,<br>    Defendants. | 1:05-cv-513-SEB-JMS |

# E N T R Y

The plaintiff's motion seeking appeal (dkt 99) seeks reconsideration of the denial of his request to proceed on appeal *in forma pauperis*. The motion (dkt 99) is **denied,** because the court's ruling on the earlier request was correct.

**IT IS SO ORDERED.**

Date: 10/21/1008

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bobby Henard
DOC 902579
Indiana State Prison
One Park Row
Michigan City, IN 46360

Thomas D. Quigley
Indiana State Attorney General
thomas.quigley@atg.in.gov